

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CRIMINAL NUMBER 09-737-1 |
| : | |
| CHRISTOPHER ALLEN LEWIS : | |

**ORDER**

AND NOW, this 27th day of Jan., 2010, the Court being advised that defense counsel needs additional time to effectively prepare the above-captioned matter for trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to Title 18, United States Code, Section 3161(h)(7)(A) it is hereby **ORDERED** that the defendant's motion for continuance of time for commencement of trial is **GRANTED**.

FILED
JAN 27 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

BY THE COURT:

_____
THE HONORABLE ROBERT F. KELLY
Senior United States District Court Judge

XC: Speedy Trial
AOSA A. Flenn
N. Spizer, Esq.
Probation
Pretrial
Marshal